IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| **DANNY L. STAFFORD** | § | |
| | § | |
| V. | § | NO. 1: 04-CV-329 |
| | § | |
| **JO ANNE B. BARNHART,** | § | |
| **Commissioner of Social Security** | § | |
| **Administration** | § | |

### FINAL JUDGMENT

For reasons expressed in the accompanying memorandum order adopting the Report and Recommendation of the United States Magistrate Judge, it is

**ORDERED**, **ADJUDGED** and **DECREED** that plaintiff's action against defendant is **DISMISSED**. It is further

**ORDERED, ADJUDGED** and **DECREED** that the decision of the Commissioner is **AFFIRMED**. It is further

**ORDERED**, **ADJUDGED** and **DECREED** that each party is assessed his or her respective costs.

**SIGNED** this the **16** day of **November, 2005.**

_____
Thad Heartfield
United States District Judge